RANGER SUPPLY COMPANY,
Appellant,

v.

NEIGHBORHOOD REINVESTMENT
CORPORATION, INC.,
Respondent.

No. WD 59811.

Missouri Court of Appeals,
Western District.

Nov. 13, 2001.

James W. Tippin, Keith A. Cutler, Kansas City, MO, for Appellant.

Daniel L. McClain, Kansas City, MO, for Respondent.

Before VICTOR C. HOWARD, P.J.,
PATRICIA A. BRECKENRIDGE, J. and
THOMAS H. NEWTON, J.

*Order*

PER CURIAM:

Ranger Supply Company appeals the summary judgment granted in favor of Neighborhood Reinvestment Corporation, Inc. For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 84.16(b).

William MILLER, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 79136.

Missouri Court of Appeals,
Eastern District,
Division Four.

Nov. 13, 2001.

Douglas R. Hoff, Asst. Public Defender, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun J. Mackelprang, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before SHERRI B. SULLIVAN, P.J.,
LAWRENCE G. CRAHAN and
LAWRENCE E. MOONEY, JJ.

*ORDER*

PER CURIAM.

William Miller ("Movant") appeals from the circuit court's judgment denying his Rule 24.035 motion to vacate, set aside or correct his judgment or sentence without an evidentiary hearing. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. A detailed opinion would be of no precedential value. We have, however, provided the parties with a brief memorandum opinion, for their information only, explaining the reasons for our decision.

We affirm the judgment pursuant to Rule 84.16(b).